IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS, a Texas Corporation,<br><br>     Plaintiff,<br><br>vs.<br><br>JTC Properties, LLC, a Montana Limited Liability Company,<br><br>     Defendant. | CV 22-179-M-KLD<br><br>ORDER |

  Pursuant to the Court's prior order (Doc. 17), the parties have filed a joint Stipulation of Dismissal with Prejudice. (Doc. 20). The parties request that this Court dismiss the above-captioned matter with prejudice, with each party to bear its own costs and fees. Accordingly,

  IT IS ORDERED that this matter is DISMISSED WITH PREJUDICE, with each party to bear its owns costs and fees.

  The Clerk of Court is directed to close the case file.

  DATED this 7th day of April, 2023.

           /s/ Kathleen L. DeSoto
           Kathleen L. DeSoto
           United States Magistrate Judge